**Darryl Mclace DAVIS, Plaintiff—Appellant,**

v.

**Helen F. FAHEY, Chairman of the Virginia Parole Board, individual and official capacity; Gene M. Johnson, Director of the Virginia Department of Corrections, individual and official capacity; Doris L. Ewing, Manager of the Court and Legal Services Unit of the Virginia Department of Corrections, individual and official capacity, Defendants—Appellees.**

No. 05–6802.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2005.

Decided: Nov. 17, 2005.

Darryl McLace Davis, Appellant Pro Se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darryl McLace Davis appeals the order of the magistrate judge * denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. *See Davis v. Fahey,* No. CA–04–607 (E.D.Va. Apr. 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* Pursuant to 28 U.S.C. § 636(c) (2000) and Fed.R.Civ.P. 73, the parties consented to jurisdiction of the magistrate judge.